# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>ERNESTO LOPEZ,<br><br>　　　　　　Defendant. | Case No. 18-cr-1989-DMS<br><br>**ORDER AND JUDGMENT  DISMISSING INFORMATION** |

Based upon the Government's motion to dismiss pursuant to Rule 48(a), Federal Rules of Criminal Procedure, the Court dismisses, without prejudice, the Information as to Defendant Ernesto Lopez.

SO ORDERED:


DATED:  June 14, 2018

　　　　　　　　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　HON. DANA M. SABRAW
　　　　　　　　　　　　　　　　　United States District Judge